EDNA MARON, an Infant, by GOTTLIEB MARON, Her Guardian ad Litem, et al., Respondents, v. ROCOI TOSCANO et al., Appellants.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.